**No. 50358.**—Protest 967731–G of May Dept. Stores Co. (Los Angeles).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, JULY 20, 1945

**No. 50359.**—Protests 533860–G, etc., of John H. Tice, Jr., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.·

**No. 50360.**—Protest 84663–K/90966 of Chicago Mail Order Co. (Chicago).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 50361.**—Protest 933506–G of Nippon Import & Trading Co., Inc. (New York).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise is the same as that passed upon in *Nippon Import & Trading Co.* v. *United States* (14 Cust. Ct. 35, C. D. 908), the claim at 35 percent under paragraph 921 was sustained.

**No. 50362.**—Protest 27708–K of Geo. E. Mallinson Importing Co., Inc. (Seattle).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel that the merchandise is the same as that passed upon in *Nippon Import & Trading Co.* v. *United States* (14 Cust. Ct. 35, C. D. 908), the claim at 35 percent under paragraph 921 was sustained.